# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DeMarchi, Virginia K. | US District Court, Northern District of California | 05/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

San Jose Courthouse
280 South 1st Street
San Jose, CA 95113

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | See Part VIII, note 1. |
| 2. 2008 | See Part VIII, note 2. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 05/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | �no̲ (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 05/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Individual Assets (H) | | | | | | | | | |
| 2. | Citibank (cash) | D | Interest | O | T | | | | | |
| 3. | VOYA Universal Life Insurance Policy | | None | K | T | | | | | |
| 4. | Fenwick & West LLP (partnership equity interest) | | None | M | T | Distributed (part) | 04/02/19 | J | | |
| 5. | | | | | | Distributed (part) | 05/02/19 | J | | |
| 6. | | | | | | Distributed (part) | 06/03/19 | J | | |
| 7. | | | | | | Distributed (part) | 07/02/19 | J | | |
| 8. | | | | | | Distributed (part) | 08/02/19 | J | | |
| 9. | | | | | | Distributed (part) | 09/04/19 | J | | |
| 10. | | | | | | Distributed (part) | 10/01/19 | J | | |
| 11. | | | | | | Distributed (part) | 11/04/19 | J | | |
| 12. | | | | | | Distributed (part) | 12/03/19 | J | | |
| 13. | Fenwick & West Investments LP, Series 2008 | D | Distribution | J | T | | | | | |
| 14. | Fenwick & West Investments LP, Series 2012 | D | Distribution | J | T | | | | | |
| 15. | Fenwick & West Investments LP, Series 2013 | B | Distribution | J | T | | | | | |
| 16. | Fenwick & West Investments LP, Series 2015 | B | Distribution | K | T | | | | | |
| 17. | Fenwick & West Investments LP, Series 2016 | C | Distribution | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | None | | N | U | | | | | |
| 19. Hive Holding LLC (X) | None | | J | U | | | | | |
| 20. VOYA Variable Life Ins Policy (H) | | | | | | | | | |
| 21. American International Group, Inc. (AIG) | None | | J | T | | | | | |
| 22. Voya Large Cap Growth Portfolio (IEOHX) | None | | K | T | | | | | |
| 23. Voya Russell Large Cap Growth Indx (IRLNX) | None | | J | T | | | | | |
| 24. VY Clarion Global Real Estate (IRGIX) | None | | J | T | | | | | |
| 25. Voya Inv JPMorgan Small Cap (IJSSX) | None | | K | T | | | | | |
| 26. Voya PRT Oppenheimer Global (IGMIX) | None | | J | T | | | | | |
| 27. Voya PRT TR Diversified Mid Cap (IAXIX) | None | | J | T | | | | | |
| 28. 401K ACCT #1 (H) | | | | | | | | | |
| 29. American Funds Trgt Date 2035 R4 (RDFTX) | D | Dividend | M | T | | | | | |
| 30. 401K ACCT #2 (H) | | | | | | | | | |
| 31. Vanguard Inst Index Plus (VIIIX) | A | Dividend | K | T | | | | | |
| 32. Vanguard Inst TR 2035 (VITFX) | B | Dividend | L | T | | | | | |
| 33. 401K ACCT #3 (H) | | | | | | | | | |
| 34. Vanguard Target 2040 (VFORX) | None | | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BROKERAGE #1 (H) | | | | | | | | | |
| 36. American Funds Capital World Growth and Income Fund A (CWGIX) | B | Dividend | K | T | | | | | |
| 37. 529 ACCT #1 (H) | | | | | | | | | |
| 38. Bright Start College Savings 529 SB Aged Based 15-17 Yrs G (Y) | | | | | | | | | |
| 39. Bright Start College Savings 529 Moderate Age Based 17-18-G (X) | | None | | | Sold | 12/04/19 | L | | |
| 40. Bright Start College Savings 529 Moderate Age Based 19+-G | | None | L | T | Buy | 12/04/19 | L | | |
| 41. 529 ACCT #2 (H) | | | | | | | | | |
| 42. Bright Start College Savings 529 SB Aged Based 12-14 Yrs G (Y) | | | | | | | | | |
| 43. Bright Start College Savings 529 Moderate Age Based 13-14-G (X) | | None | | | Sold | 04/08/19 | K | | |
| 44. Bright Start College Savings 529 Moderate Age Based 15-16-G | | None | L | T | Buy | 04/08/19 | K | | |
| 45. | | | | | Buy (add'l) | 10/30/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMarchi, Virginia K. | 05/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II, line 1, and Part VII, line 4: As a partner at Fenwick & West LLP, I was a signatory to the partnership agreement which included insurance and retirement benefits. It also outlined the terms for the return of my equity interest in the partnership, which will take place interest-free over a period of 60 months, beginning 12 months following separation.

Part II, line 2, and Part VII, lines 5-9: Fenwick & West Investments LP is a private investment series that is sponsored and managed by my former law firm. I own a fractional share of each listed series. Each series is akin to a mutual fund, in that I do not own, nor do I have any right to select or control, the underlying investments. Further, I do not receive transaction information on the underlying investments, nor do I receive information on income attributable to them. My ownership in each specific series, and the income attributable to it, is reported in Part VII. The items listed below are the individual series' underlying investments, to the best of my information and belief.

Fenwick & West Investments LP, Series 2008:
D2S, Inc.
Pivotal Systems Corporation
Couchbase (formerly Membase, Inc. and NorthScale, Inc.)
Alion, Inc. (formerly SunPrint Inc.) (split with 2009)

Fenwick & West Investments LP, Series 2012:
Bill.com Holdings, Inc. (formerly Bill.com, Inc.)
GigaGen, Inc.
Authentic8, Inc.
CrossBar, Inc.
Prism Skylabs, Inc.
Nextdoor.com, Inc.
ThousandEyes, Inc.
Voxer, Inc.
Dynamic Signal, Inc.
Zenreach, Inc. (formerly Wifast, Inc.)
Wandera, Inc. (formerly Snappli, Inc.)
TasteMade, Inc.
Tubular Labs, Inc.
Sano Intelligence, Inc.
Nextdoor.com, Inc.
Handle Financial, Inc. (formerly PayNearMe, Inc.)
Tubular Labs, Inc.
PerceptiMed, Inc.
Chobolabs, Inc. (formerly Vertigo Labs, Inc.)
Illumio, Inc.
R2 Semiconductor, Inc.
Wealthfront Inc.
Keywee, Inc.
Wandera, Inc.
Airspan Networks, Inc. (formerly Mimosa Networks, Inc.)
BountyJobs, Inc.
Jaunt, Inc.
Peck, Inc.
Figma, Inc.
Actelis Networks, Inc.
Space Pencil, Inc. (d/b/a KISSmetrics)
TasteMade, Inc.
Circle Internet Services, Inc.

Fenwick & West Investments LP, Series 2013:
TasteMade, Inc.
Blackfire Research Corporation
Augmedix, Inc.
Cohere Technologies, Inc.
DataBricks, Inc.
Illumio, Inc.
ClassPass, Inc. (acq. RK Fitness, Inc. (fka Fitmob))
BountyJobs, Inc.
Jaunt, Inc. (formerly Meenlo, Inc.)
R2 Semiconductor, Inc.
ZypMedia, Inc. (formerly ExtendTV, Inc.)
Zimperium, Inc.
Bill.com Holdings, Inc. (formerly Bill.com, Inc.)
Handle Financial, Inc. (formerly PayNearMe, Inc.)

| Name of Person Reporting | Date of Report |
|---|---|
| **DeMarchi, Virginia K.** | 05/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Glimmerglass Networks, Inc.
Everlane, Inc.
Range Networks, Inc.
PerceptiMed, Inc.
A Medium Corporation
Orbital Insight, Inc.
CrossBar, Inc.
Actelis Networks, Inc.
MIGO MONEY, INC. (formerly MINES.IO, Inc.)
Operator, Inc.
Maxta, Inc.
Bolt Threads, Inc. (formerly Refactored Materials, Inc.)
Omada Health, Inc.
Gusto, Inc. (formerly ZenPayroll, Inc.)
Airspan Networks, Inc. (formerly Mimosa Networks, Inc.)
Juvo Mobile, Inc.
Nuna Incorporated
Victorious, Inc.
Primary Kids, Inc.
Day 2, LLC
Science Exchange, Inc.
Jaunt, Inc. (formerly Meenlo, Inc.)
Tile, Inc.
Velo3D, Inc.
Veriflow Systems, Inc.
Vicis, Inc. (formerly Spark Medical, Inc.)
CNEX Labs, Inc.
Forward Networks, Inc.

Fenwick & West Investments LP, Series 2015:
CNEX Labs, Inc.
Qumulo, Inc.
Reflektive, Inc. (formerly Pulse Software, Inc.)
Universe ration Company (formerly Future Lab, Inc.)
Augmedix, Inc.
Velo3D, Inc.
Wandera, Inc.
Chobolabs, Inc. (formerly Vertigo Labs, Inc.)
Gyroscope Innovations, Inc.
Glimmerglass Networks, Inc.
Coffee Meets Bagel
Glimmerglass Networks, Inc.
BountyJobs, Inc.
FoxCommerce, Inc.
ScaleFlux, Inc.
TripActions, Inc.
CNEX Labs, Inc.
Keywee, Inc.
Eden Technologies Inc.
Samsara Networks, Inc.
Forter Ltd.
Timescale Inc. (440 Labs, Inc. dba iobeam, Inc.)
Memery, Inc.
Breathometer, Inc.
AirMap, Inc.
Sano Intelligence, Inc.
Juvo Mobile Inc.
Glimmerglass Networks, Inc.
SpotHero Inc.
Ironclad, Inc.
CrossBar, Inc.
Symphony Communications Services Holdings, LLC (Merus Capital II Expansion Fund)
Lyra Health, Inc.
PerimeterX, Inc.
Nimble Rx
Quizlet, Inc.
Quizlet, Inc.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Moda Group, Inc. (formerly Waltz Networks Inc.)
Thanx, Inc.
SpringML, Inc.
Preempt Security, Inc.
Glimmerglass Networks, Inc.
Grail, Inc.
Simple Contacts, Inc.
NeuVector, Inc.
Visibly, Inc. (formerly Opternative, Inc.)
TripActions, Inc.
Merit International, Inc. (formerly Sigma Accolade, Inc.)
SubPac Inc.
HyperTrack, Inc.
Juvo Mobile Inc.
Cafe X Technologies, Inc.
UpGuard, Inc.
Orbital Insight, Inc.
Qumulo, Inc.
Brilliant Home Technology, Inc.
PlushCare, Inc.
Eden Technologies Inc.
Fortanix, Inc.
Madison Reed, Inc.

Fenwick & West Investments LP, Series 2016:
Area17, Inc.
Metabase, Inc.
Relativity Space Inc.
Sudden Coffee, Inc.
Present Company (formerly Bubble, Inc.)
Tekion Corp
ValiMail, Inc.
Gamers Net, Inc.
PlushCare, Inc.
Glimmerglass Networks, Inc.
Super Heroic Inc.
Roofstock, Inc.
Stampli Ltd
Allume, Inc. (formerly Lassen Labs, Inc.)
MeWe, Inc.
Observable, Inc. (formerly Data-Driven Documents, Inc.)
Merit International, Inc. (formerly Sigma Accolade, Inc.)
Espressive, Inc.
Nefeli Networks, Inc.
Tectus Corporation
Saildrone, Inc.
Nimble Rx, Inc.
PebblePost, Inc.
Mindstrong, Inc.
Handle Financial Inc. (formerly PayNearMe, Inc.)
CNEX Labs, Inc.
Mynd Management, Inc.
Compound Eye Inc.
Projector Factory, Inc. (formerly Propeller Factory, Inc.)
NeuVector, Inc.
Molekule, Inc.
Tile, Inc.
Range Labs, Inc. (formerly Habitat Labs, Inc.)
Ironclad, Inc.
Primary Kids, Inc.
Super Heroic, Inc.
725-1 Corporation (OWL)
Brilliant Home Technology, Inc.
AutoFi, Inc.
Coinbase Global, Inc.
Trialspark, Inc.
Zipongo, Inc.

| Name of Person Reporting | Date of Report |
|---|---|
| **DeMarchi, Virginia K.** | 05/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Armorblox,Inc.
Socrates AI, Inc. (formerly New Socrates, Inc.)
Elegen Corp.
TRIPP, Inc.
Roofstock, Inc.
Pixvana, Inc.
Scalyr, Inc.
Pi Inc.
Dynamic Signal, Inc.
ReadyUp Inc.
Reali, Inc.
Shift.org, Inc.
Quizlet, Inc.
Madison Reed, Inc.
Juvena Therapeutics, Inc.


Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Virginia K. DeMarchi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544